[No. 11302–0–I. Division One. April 9, 1984.]

WILLIAM L. MCCORD, *Appellant,* v. HARRY S. TOWNE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for San Juan County, No. 4073, Richard L. Pitt, J., entered January 4, 1982. *Affirmed* by unpublished opinion per Johnsen, J. Pro Tem., concurred in by Ringold and Scholfield, JJ.

[No. 11022–5–I. Division One. April 9, 1984.]

JOHNSON & EAST, *Appellant,* v. JAMES DAVIES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 79–2–00173–2, Gary M. Little, J., entered October 27, 1981. *Affirmed* by unpublished opinion per Johnsen, J. Pro Tem., concurred in by Swanson and Williams, JJ.

[No. 11037–3–I. Division One. April 9, 1984.]

NORTHWEST ROOFERS AND EMPLOYERS HEALTH AND SECURITY TRUST FUND, ET AL, *Respondents,* v. GARY STEVENSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 79–2–06576–5, Frank L. Sullivan, J., entered November 12, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Durham, C.J., and Soderland, J. Pro Tem.